Tomas A. Guterres, Esq. (State Bar No. 152729)
Erin R. Dunkerly, Esq. (State Bar No. 260220)
**COLLINS + COLLINS LLP**
790 E. Colorado Boulevard, Suite 600
Pasadena, CA  91101
(626) 243-1100 – FAX (626) 243-1111
Email:  tguterres@ccllp.law
Email:  edunkerly@ccllp.law

Attorneys for Defendants
INVESTIGATOR SETH FOGEL; INVESTIGATOR DAVID WOLF; INVESTIGATOR DAVID BERMEJO; and INVESTIGATOR KEN KLADIFKO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK McNEIL, <br><br> Plaintiff, <br><br> vs. <br><br> INVESTIGATOR SETH FOGEL; INVESTIGATOR DAVID WOLF; INVESTIGATOR DAVID BERMEJO; AND INVESTIGATOR KEN KLADIFKO; AND DOES 1-10 INCLUSIVE, <br><br> Defendants. | CASE NO. 2:14-cv-08030-DMG (Ex) <br> *[Assigned to the Hon. Dolly M. Gee, Courtroom 8C]* <br><br> **JOINT REPORT TO COURT RE: STATUS OF CRIMINAL PROCEEDINGS AND REQUEST TO CONTINUE STAY OF THE ACTION** <br><br> Complaint Filed:   10/16/14 <br><br> Trial Date:            None |

Plaintiff MARK McNEIL and Defendants SETH FOGEL, DAVID WOLF, DAVID BERMEJO, and KEN KLADIFKO, investigators employed by the County of Los Angeles District Attorney, hereby submit the following Joint Report to the Court in compliance with this Court's Order of March 30, 2015 (Docket No. 19), staying the action for all purposes and ordering a Joint Report every 120 days on the status of the

19404

1

**JOINT REPORT TO COURT RE: STATUS OF CRIM PROCEEDINGS**

790 E. Colorado Boulevard
Suite 600
Pasadena, CA  91101
Phone  (626) 243-1100
Fax       (626) 243-1111

criminal proceedings in State case number BA403666 and its successor BA488826, venued in the Los Angeles County Superior Court, as well as the Orders of July 27, 2015, December 10, 2015, April 8, 2016, July 7, 2016, October 17, 2016, February 15, 2017, July 19, 2017, November 16, 2017, May 23, 2018, October 31, 2018, March 29, 2019, September 6, 2019, April 16, 2020, September 10, 2020, April 6, 2021, September 2, 2021, February 15, 2022, and August 26, 2022, continuing the stay of the action (see Docket Nos. 21, 23, 25, 27, 29, 32, 34, 36, 38, 40, 42, 44, 46, 50, 52, 58, 60, and 62).

(1) The criminal matter was set for a Preliminary Hearing on August 13, 2015, but that hearing did not go forward and the Superior Court set a status conference for October 16, 2015;

(2) On October 16, 2015, the Superior Court set a further status and preliminary hearing-setting conference for December 11, 2015, which was continued to February 1, 2016, and again to June 10, 2016;

(3) On June 10, 2016, the Superior Court set a further status and preliminary hearing setting conference for September 15, 2016;

(4) The September 15, 2016 conference was later continued to September 22, 2016, which according to the Court's docket went forward on September 22, 2016;

(5) A preliminary hearing was set for October 18, 2016, which according to the Court's docket was again reset for March 20, 2017, then July 24, 2017, then January 22, 2018;

(6) According to the Criminal Court's docket a preliminary hearing went forward on January 22, January 24, January 25, January 26, 2018. There was a "docket line entry" on February 26, 2018. There was another preliminary hearing on March 6 and 7, 2018, and an "Advancement" on March 8. Additional preliminary hearings on March 12 – 14, 2018. There were "docket line entries" on March 15, 22, 27, April 10, May 21, June 1, 11, 12, July 3. Another

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA  91101
Phone  (626) 243-1100
Fax    (626) 243-1111

preliminary hearing went forward on July 20, 2018 at which plaintiff was held to answer on several counts;

(7) Mr. McNeil filed a demurrer with the criminal court on October 4, 2018. The hearing on that demurrer was set for November 19, 2018, and was not sustained;

(8) A pretrial conference was set for April 30, 2019, and was continued to December 10, 2019, whereupon it was further continued to May 21, 2020, which as of the date of this joint report remains on calendar;

(9) Mr. McNeil filed a writ challenging the denial of the demurrer. The California Court of Appeal granted the writ and issued a remittitur and thereafter the criminal case was dismissed on July 27, 2020;

(10) Criminal charges were refiled against McNeil on July 27, 2020, as Los Angeles County Superior Court Case Number BA488826 and a preliminary hearing is set in that case for December 3, 2020, and later reset for May 3, 2021, then October 18, 2021, then April 25, 2022, then September 26, 2022;

(11) As of the date of this stipulation, the preliminary hearing has since been reset for January 6, 2023; and

(12) Meanwhile, due to the COVID-19 pandemic, there have been many adjustments to state court functions. The parties expect this to possibly have an effect on the further progress of the criminal matter;

(13) Additionally, Erin Dunkerly, counsel for the defendants in this matter, will be on maternity leave from early January through April.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*19404*

(14) The parties request that the Stay Order remain in effect during the pendency of the criminal matter and that a Joint Report be submitted within 120 days from the January 6, 2023, preliminary hearing date, or by May 6, 2023.

DATED: January 6, 2022         COLLINS + COLLINS LLP

By: _____
ERIN R. DUNKERLY
TOMAS A. GUTERRES
Attorneys for Defendants
INVESTIGATOR SETH FOGEL;
INVESTIGATOR DAVID WOLF;
INVESTIGATOR DAVID BERMEJO;
and INVESTIGATOR KEN KLADIFKO

DATED: January 6, 2022         McLANE, BEDNARSKI & LITT, LLP

By: ___/s/ for Mr. LaHue
KEVIN J. LaHUE
Attorneys for Plaintiff, MARK McNEIL

*19404*

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA  91101
Phone  (626) 243-1100
Fax      (626) 243-1111